UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY ANTONIO WRIGHT,

               Plaintiff,

    v.

GRANT AUSTIN et al.,

               Defendants.

CASE NO. 3:15-CV-05887-BHS-JRC

ORDER TO SHOW CAUSE

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

      On January 4, 2016, the Court granted plaintiff's motion to amend his complaint. Dkt. 12. Plaintiff filed his amended complaint on January 11, 2016. Dkt. 13. On January 13, 2016, plaintiff filed a separate case in which plaintiff is pursuing relief on one of the issues raised in his motion to amend his complaint. Dkt. 12. *See Wright v. Conmed,* 16-5033BHS/JRC. Now before the Court is plaintiff's motion to withdraw the motion to amend complaint. Dkt. 14.

While plaintiff's motion is unclear, it seems to indicate that plaintiff seeks to withdraw his amended complaint (Dkt. 12) because he has filed a separate lawsuit. Dkt. 14. However, it is unclear if plaintiff intends to go forward with this case by filing another amended complaint or if he seeks voluntarily dismissal of this case entirely.

Accordingly, the Court directs plaintiff to explain what action he wishes to take. Plaintiff must respond to this order by February 26, 2016. If plaintiff's response does not clearly state what action he wishes the Court to take, or if plaintiff fails to respond to this order, the Court will deny the motion.

Dated this 28th day of January, 2016.

J. Richard Creatura
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2