UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY ANTONIO WRIGHT,

                    Plaintiff,

          v.

GRANT AUSTIN and CLARK COUNTY,

                    Defendants.

CASE NO. C15-5887 BHS-JRC

ORDER TO SHOW CAUSE

This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. Plaintiff is proceeding *pro se* and *in forma pauperis*. Dkt. 7. An order directing service was entered on June 15, 2016. Dkt. 21. A waiver of service was returned for Defendant Grant Austin only on July 15, 2016. Dkt. 23. For that reason, Defendant Clark County shall show cause why it should not be personally served (at its expense), or alternatively, defendant Clark County's attorney may return the waiver of service by August 12, 2016 on behalf of Clark County.

1        Accordingly, the Court orders defendant Clark County to show cause on or before August

2 12, 2016.

3        Dated this 9th day of August, 2016.

4

5                                  J. Richard Creatura

6                                  United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SHOW CAUSE - 2